

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN - 2 2021

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 9:21-CR-16 |
| | § | Clark-Hawthorn |
| CLOVIS CORTEZ MAXWELL | § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 1029(a)(1)
(Producing, Using or Trafficking in a
Counterfeit Access Device)

From on or about July 1, 2020 through on or about August 5, 2020, **Clovis Cortez Maxwell**, defendant, in the Eastern District of Texas and elsewhere, did knowingly and with intent to defraud, produce, use or traffic in counterfeit access devices, namely counterfeit, fictitious or forged credit/debit cards and/or credit/debit card account numbers and the defendant did design, alter, authenticate, duplicate or assemble said counterfeit devices and/or transfer or otherwise dispose of to another or obtained control of with intent to transfer or dispose of said counterfeit access devices, said production, use or trafficking affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(1).

## Count Two

Violation: 18 U.S.C. § 1029(a)(2)
(Using or Trafficking in an Unauthorized Access Device)

From on or about July 1, 2020 through on or about August 5, 2020, **Clovis Cortez Maxwell**, defendant, in the Eastern District of Texas and elsewhere, did knowingly and with intent to defraud, use or traffic in an unauthorized access device(s), namely credit/debit cards and/or credit/debit card account numbers, obtained with the intent to defraud, and by such conduct, from on or about July 1, 2020 through on or about August 5, 2020 obtained $16,908.00, said use or trafficking affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(2).

## Count Three

Violation: 18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

On or about August 5, 2020, **Clovis Cortez Maxwell**, defendant, in the Eastern District of Texas, did knowingly possess, without lawful authority, a means of identification of another person or persons, that being driver's license number, social security number and/or credit/debit account numbers, during and in relation to a felony violation, to wit, producing, using or trafficking in counterfeit or unauthorized access devices in violation 18 U.S.C. § 1029(a)(1) and/or 18 U.S.C. § 1029(a)(2).

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

## Criminal Forfeiture Pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 1028(b)

As the result of committing the offenses alleged in this Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 1028(b), all property, real or personal, that constitutes or is derived from proceeds traceable to the aforementioned offense. All such property is forfeitable to the United States.

1. The allegations contained in Counts One, Two and Three of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 1028(b).

2. Upon conviction of the offenses set forth in Counts One, Two and Three of this indictment, **Clovis Cortez Maxwell**, defendant, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 1028(b), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following:

One (1) silver Hewlett Packard Elite 830 G6 laptop computer;

Two (2) black Apple iPhone cell phones; and

One (1) black and red Sandisk Cruzer Glide 16GB USB drive.

All pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 1029(c)(1)(C) and 18 U.S.C. § 1028(b).

TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____　　　　_June 2, 2021_
TOMMY L. COLEMAN　　　　　　　Date
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 9:21-CR- 16 |
| CLOVIS CORTEZ MAXWELL | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1029(a)(1)
(Producing, Using or Trafficking in a Counterfeit Access Device with intent to defraud )

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000.00, (or twice the pecuniary gain to the defendant or loss to the victim) or both; and supervised release of not more than three (3) years.

Special Assessment:   $100.00

### Count Two

Violation: 18 U.S.C. § 1029(a)(2)
(Using or Trafficking in an Unauthorized Access Device)

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $250,000.00, (or twice the pecuniary gain to the defendant or loss to the victim) or both; and supervised release of not more than three (3) years.

Special Assessment:   $100.00

## Count Three

| | |
|---|---|
| Violation: | 18 U.S.C. § 1028A(a)(1)<br>(Aggravated Identity Theft) |
| Penalty: | Imprisonment for 2 years consecutive to any other term of imprisonment imposed, a fine not to exceed $250,000.00, (or twice the pecuniary gain to the defendant or loss to the victim) or both; and supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |